CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 3 1 2006

JOHN F. CORCORAN, CLERK
BY: H McLaned
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CRIMINAL ACTION NO. 4:02CR70094 |
| | ) |
| JAMES MARION STOCKTON, | ) |
| | ) |
| Defendant. | ) |

### RETURN OF EVIDENCE TO GOVERNMENT

The following items of evidence were returned to Government on __7/31/06__.

| | |
|---|---|
| Government Exhibit No. 1 | Photograph of Defendant's residence |
| Government Exhibit No. 2 | Diagram of interior of house |
| Government Exhibit No. 3 | Photograph of .22 caliber derringer and tin box |
| Government Exhibit No. 4 | ~~Gun in clear plastic bag~~ |
| Government Exhibit No. 5 | ~~Tin box containing crack cocaine~~ |
| Government Exhibit No. 6 | ~~Contents of tin box, one pack of crack cocaine~~ |
| Government Exhibit No. 7 | Waiver of Rights form |
| Government Exhibit No. 8 | Photograph of small cardboard box |
| Government Exhibit No. 9 | ~~Small cardboard box containing crack cocaine~~ |
| Government Exhibit No. 10 | Photograph of trash can |
| Government Exhibit No. 11 | Clear plastic baggie |
| Government Exhibit No. 12 | Photograph of round table showing twist ties |
| Government Exhibit No. 13 | Box of twist ties |
| Government Exhibit No. 14 | Clear plastic bag containing a knife |
| Government Exhibit No. 15 | Photograph of .20 gauge shotgun |
| Government Exhibit No. 16 | Photograph of box of baggies in den area |
| Government Exhibit No. 17 | Box of baggies |
| Government Exhibit No. 18 | Digital scale |
| Government Exhibit No. 19 | Cigar box containing numerous items |
| Government Exhibit No. 20 | Photograph of plate with crack pipe |

I received the above listed Exhibits:

_____, Esq.
Bassford

7/31/06
Date

I returned the above listed Exhibits:

HMcDonald
Deputy Clerk

7/31/06
Date