IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 0 2 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) CRIMINAL ACTION NO. 4:02CR70094 |
| JAMES MARION STOCKTON, | ) ) ) |
| Defendant. | ) |

### RETURN OF EVIDENCE TO DEFENDANT

The following items of evidence were returned to Defendant's counsel on  8/2/06  .

Detention Hearing held on 10/8/02:

Defendant Exhibit No. 1     Certified copy of Order from Henry County General District Court entered 8/21/02

Jury Trial held on 1/21/03:

Defendant Exhibit No. 1     Certified copy of Sentencing Order from Henry County Circuit Court entered 10/17/02

Sentencing Hearing held on 5/27/03:

Defendant Exhibit No. 1     Two certified copies of Order from Henry County Circuit Court entered 6/11/96 and 8/7/96

I received the above listed Exhibits:

_Lou Bowman for_
_Mark T. Williams_, Esq.

_8-2-06_
Date

I returned the above listed Exhibits:

_HMcDonald_
Deputy Clerk

_8/2/06_
Date