CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 12 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )
VS.                                 ) CRIMINAL ACTION NO. 4:02CR70094
                                    )
JAMES MARION STOCKTON,              )
                                    )
          Defendant.                )

**RETURN OF EVIDENCE**

The following items of evidence were returned to Agent ~~Jeff Robertson~~ Ray Melick on March 12, 2007

Government Exhibit No. 4          Gun in clear plastic bag
Government Exhibit No. 5          Tin box containing crack cocaine
Government Exhibit No. 6          Contents of tin box, one pack of crack cocaine
Government Exhibit No. 9          Small cardboard box containing crack cocaine

I received the above listed Exhibits:

Agent ~~Jeff Robertson~~ Ray Melick          3/12/07
                                             Date

I returned the above listed Exhibits:

Deputy Clerk                                 3/12/07
                                             Date