**UNITED STATES DISTRICT COURT**
**Western District of Virginia**
**OFFICE OF THE CLERK**
**John F. Corcoran, Clerk**
**Post Office Box 1400**
**Danville, VA 24543**

May 13, 2008

James M. Stockton
09560-084
FCC Petersburg-Med
P.O. Box 90043
Petersburg, VA 23804

> *Re: Request for Copy of Docket Sheet*
> *USA v. James Marion Stockton*
> *Case No. 4:02CR70094-001*

Dear Mr. Stockton:

    This letter is in response to your letter to the Clerk received on May 13, 2008.

    A copy of the docket sheet listing all documents filed in your case is enclosed. Should you wish to order a transcript, please send a written request to B. Dameron, Court Reporter Coordinator, U.S. District Court, P.O. Box 1234, Roanoke, VA 24006 and provide the corresponding docket entry number of the transcript. A letter will be mailed to you with information as to the cost of the transcript.

                    Sincerely,

                    John F. Corcoran, Clerk

                    By: s/M. Hupp
                         Deputy Clerk

Enclosure: Copy of docket sheet